IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **FRED DOUGLAS FORT, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 3:09-0777** |
| **v.** ) | |
| ) | **JUDGE WISEMAN** |
| **SANDERSON PIPE CORPORATION,** ) | |
| a Delaware Corporation, ) | |
| ) | **JURY DEMAND** |
| **Defendant.** ) | |

## AGREED ORDER DISMISSING CASE WITHOUT PREJUDICE

Currently pending before the Court is Defendant Sanderson Pipe Corporation's ("Sanderson Pipe") Motion to Dismiss. After a telephonic conference with Magistrate Judge Griffin, the parties have agreed to proceed in arbitration pursuant to an arbitration agreement entered into between Mr. Fort and Sanderson Pipe. Accordingly, IT IS HEREBY ORDERED that this case is dismissed, without prejudice to any of the claims made by Mr. Fort or to any of the defenses raised by Sanderson Pipe in the Motion to Dismiss. The parties are hereby ordered to proceed to arbitration pursuant to the terms of the agreement attached as Exhibit "A" to Sanderson Pipe's Motion to Dismiss.

IT IS SO ORDERED.

Entered this 7th day of October, 2009.

_____
JUDGE WISEMAN

448032.01   07574-008

Case 3:09-cv-00777   Document 10   Filed 10/07/09   Page 1 of 1 PageID #: 40